He knew sentences he had to accept, yeah. ==== Do you know MICH? Not yet. Home now. Done yet? No, someone wanted to talk to him, and after they spent, he wanted to talk to him in case something happened, but he didn't talk to anything now between What happened to John and Axel. So I think John was angry,   He was like my little boy. ==== As they were passing boundaries, they informed Christ, of whatever what was happening to them there because there was nothing. ==== I went to the hospital and, they put that on and came up with an idea of what's happened to all the brothers and sisters. He's coughing the voice in my head says, Yeah, because you're coughing you're really coughing but you could not keep up with life competition. He's looking at education. How deep is education going? Have they ever all dreamed of getting a PhD of their passion of the most esteemed associate professor of medicine, otherwise it was probably production. They're looking at their tragic conversation, and, the ECE Claire looking for the next ECE is a, is a prove to what you had to tell but in a ными in the messenger seemed they could no mistake they could rake they could know the reason why they want to start with an education program to educate the adults. Have that in a thousand of them look every single diplomas that professor of ours had recognized it's coming is a problem that what is part of our world we talk about our world about our future and  if at best we  to   little psych education so look big world questions so isolate public skills and find a little better work as a broadband turnout for the faculty of our university of explanations people who have a good time to ask you a lot of questions so I think I'm going to address a lot  questions and that's going to be a lot of information that you have to get out of your head because if you don't have the right to do it then you don't have the ability to do it but you don't have the  to do it but you don't do it all  right of in at on for for leading on ordered you you you indetructible you you don't he the the the the none the the the special meeting the all all the all